## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Thomas Todd Homar and Margaret McGuire Homar | BKY. NO. 12-01810 MDF |
| Debtor(s) | CHAPTER 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of JPMorgan Chase Bank, National Association, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 7296

                                        Respectfully submitted,

                                        **/s/ Thomas Puleo**
                                        Thomas Puleo, Esquire
                                        James C. Warmbrodt, Esquire
                                        KML Law Group, P.C.
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA 19106-1532
                                        (215) 825-6306  FAX (215) 825-6406
                                        Attorney for Movant/Applicant